# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 5:13-cr-2-Oc-22PRL**

**GILBERTO RESENDEZ-MONTALVO**

_____

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge

(Doc. No. 20), to which there has been no objection filed by the either the Government or the

Defendant, the defendant's  plea of guilty to Count One of the Indictment is now accepted and

the defendant is adjudged guilty of such offense.  Sentencing has been scheduled by separate

notice.

**DONE and ORDERED** at Orlando, Florida this 4th day of March, 2013.


_____
ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service

United States Probation Office
United States Pretrial Services